| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT HAYES, | ) | Civil No. 07CV0533 JAH(LSP) |
| Petitioner, | ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| v. | ) | |
| J. E. TILTON, Warden, | ) | |
| Respondent. | ) | |

Petitioner, state prisoner appearing *pro se*, filed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, on March 21, 2007, challenging his conviction in state court. On April 27, 2007, petitioner filed a motion seeking appointment of counsel to represent him in this case. The Honorable Leo S. Papas, United States Magistrate Judge, on May 23, 2007, denied petitioner's motion for appointment of counsel without prejudice. Petitioner subsequently, on June 7, 2007, filed objections to the magistrate judge's May 23, 2007 order, which this Court, on June 22, 2007, overruled. Petitioner has now filed a notice of appeal of the Court's June 22, 2007 order, along with a motion for a certificate of appealability.

A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this threshold showing, petitioner must show that: (1) the issues are debatable among jurists of reason; or (2) that a court could resolve the issues in a different manner; or (3) that the questions are adequate to deserve encouragement to proceed further. <u>Lambright v.</u>

Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000)(citing Slack v. McDaniel, 529 U.S. 473 (2000) and Barefoot v. Estelle, 463 U.S. 880 (1983)).

Here, petitioner appeals this Court's order overruling petitioner's objections to a denial without prejudice of a motion for appointment of counsel. In overruling petitioner's objections, this Court agreed with the magistrate judge's determination that appointment of counsel was not warranted because petitioner is "literate, articulate, intelligent and reasonably well-versed in the law." Doc. # 24 at 3-4; Doc. # 20 at 4. This Court finds that a certificate of appealability is not warranted in this instance because the denial of petitioner's motion for appointment of counsel under the circumstances here is not an issue debatable among jurists of reason nor could any other court resolve the issue in a different manner. Lambright, 220 F.3d at 1024-25. Accordingly, this Court **DENIES** petitioner's motion for a certificate of appealability.

Dated: July 12, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge